IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL WOHL,

    Plaintiff,

v.                                                CASE NO. 1:08cv149-SPM/AK

CITY OF GAINESVILLE,

    Defendant.

_____/

## ORDER EXTENDING DEADLINES AND CONTINUING TRIAL

Upon consideration, the parties' Agreed Motion for Extension of Discovery and Other Deadlines (doc. 35) is granted. The following new dates and deadlines are established:

| | |
|---|---|
| Discovery | April 2, 2009 |
| Dispositive motions | April 20, 2009 |
| Mediation | May 15, 2009 |
| Trial | August 3, 2009 |

SO ORDERED this 4th day of February, 2009.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge