IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL WOHL,

    Plaintiff,

v.                                            CASE NO. 1:08cv149-SPM/AK

CITY OF GAINESVILLE,

    Defendant.

_____/

## ORDER OF DISMISSAL

Upon notification from counsel for Defendant that the parties have agreed to settle, pursuant to Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 7th day of January, 2010.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              Chief United States District Judge